IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMANDA BROWN and ALEXIS KOROL, | Civil Action No. 2:21-cv-00014 |
| Plaintiffs, | |
| v. | Judge Joy Flowers Conti |
| BOROUGH OF AMBRIDGE, and JAMES MANN, | |
| Defendants. | JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL

The parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this case, with prejudice. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted:

/s/ Nikki Velisaris Lykos
Nikki Velisaris Lykos
PA I.D. No. 204813
Ramage Lykos, LLC
525 William Penn Place
28th Floor
Pittsburgh, PA 15219
(412) 325-7700
nlykos@ramagelykos.law

Attorneys for Plaintiffs

/s/ Ashley N. Rodgers
Ashley N. Rodgers
PA I.D. No. 31407
Marks, O'Neill, O'Brien, Doherty and Kelly, P.C.
Suite 2600, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
ARodgers@moodklaw.com

Attorneys for Defendant Borough of Ambridge

/s/ Teresa O. Sirianni
Teresa O. Sirianni
PA I.D. No. 90472
Marshall, Dennehey, Warner, Coleman & Goggin
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh, PA 15219
(412) 803-1140
tosirianni@mdwcg.com
Attorney for Defendant James Mann